## HUDDLESTUN v. D. M. OSBORNE & CO.

No. 2457. Opinion Filed February 11, 1913.

(130 Pac. 146.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Where plaintiff in error fails to comply with the rules of this court, requiring him to serve a brief on counsel for defendant in error and at the same time to file fifteen copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from Washita County Court;*
*L. R. Shean, Judge.*

Action by D. M. Osborne & Co. against Fred M. Huddlestun. Judgment for plaintiff in the justice court was affirmed on appeal, and defendant again brings error. Dismissed.

*M. L. Holcomb,* for plaintiff in error.
*Snodgrass & Darnell,* for defendant in error.

Opinion by SHARP, C. The petition in error was filed in this court March 23, 1911. Thereafter a motion to dismiss the appeal was filed by defendant in error, which motion was by the court overruled on June 18, 1912, of which action of the court counsel for plaintiff in error was informed. The case was

regularly assigned for submission at the December, 1912, term of the court, but plaintiff in error has filed no brief; neither has he asked for an extension of time in which to file brief.

Upon the authority of *Douglas v. Clayton Townsite Co.*, 29 Okla. 9, 115 Pac. 1016, and other cases cited in the opinion of the court, the appeal should be dismissed.

By the Court: It is so ordered.